United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR GERARDO HERNANDEZ ESTRADA,<br><br>        Plaintiff(s),<br><br>  v.<br><br>TERESA VELAZCO GODINEZ,<br><br>        Defendant(s).<br>_____/ | No. C-13-02655 DMR<br><br>**ORDER DENYING AS MOOT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT [DOCKET NO. 5]** |

The court is in receipt of the parties' Stipulation to Extend Time to Respond to Complaint. [Docket No. 5.] Pursuant to Civil Local Rule 6-1, parties may stipulate to extend time within which to answer without a court order because the change will not alter the date of any event or deadline already fixed by a court order. Accordingly, the request for a court order granting the stipulation is denied as moot.

IT IS SO ORDERED.

Dated: July 17, 2013

_____
DONNA M. RYU
United States Magistrate Judge